**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **ORDER TO SHOW CAUSE** |
| v. | : | Crim. No. 10-366 (WHW) |
| KELVIN L. JONES<br>a/k/a "Mike Smith" | : |  |

**Walls, Senior District Judge**

Pursuant to the inherent authority of the Court to impose sanctions to enforce compliance with its lawful mandates and ensure the orderly and expeditious resolution of cases, Chambers v. NASCO, Inc., 501 U.S. 32, 43–44 (1991),

It is, on this 21st day of November, 2011,

ORDERED that Michael A. Orozco, counsel for Kelvin L. Jones, shall appear before this Court at 9:30 a.m. on December 7, 2011 to show cause why the Court should not impose a monetary sanction of $200 on Mr. Orozco for his failure to appear at 12:15 p.m. on November 9, 2011, as directed by this Court, and for Mr. Orozco's failure to timely notify the Court of any time conflict with another proceeding prior to the time at which he was directed to appear, conduct that unduly delayed the resolution of the matter before the Court; and

ORDERED that Michael A. Orozco shall file any written submissions with the Court related to this Order to Show Cause no later than December 2, 2011.

                                                                            **/s/ William H. Walls**
                                                                          United States Senior District Judge