NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | **ORDER** |
| v. : | |
| : | Crim. No. 10-366 (WHW) |
| KELVIN L. JONES : | |
| a/k/a "Mike Smith" : | |

**Walls, Senior District Judge**

This matter having come before the Court on December 7, 2011 on an Order to Show Cause why the Court should not impose sanctions on Michael A. Orozco, Esq., counsel for Kelvin L. Jones, for his conduct before this Court on November 9, 2011, and Michael A. Oroszco, Esq. and Michael Baldassare, Esq. appearing,

IT IS THE FINDING OF THIS COURT on December 7, 2011 that Michael A. Orozco's conduct on November 9, 2011 was egregious and sanctionable under the inherent authority of the Court to impose sanctions; and

ORDERED that Michael A. Orozco, Esq. shall pay a monetary sanction in the amount of $200 to the Clerk of the Court forthwith.

                                                      **/s/ William H. Walls**
                                                      United States Senior District Judge