UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER 10-366(WHW) |
| Plaintiff, | ORDER |
| v. | |
| LUIS REYES, | |
| Defendant. | |

This matter having come before the Court on the Motion of Luis Reyes through counsel (Paulette Pitt, Esq.) for a Voluntary Dismissal of the appeal filed on behalf of defendant, Luis Reyes, pursuant to Federal Rule of Appellate Procedure 42(a), and the United States Attorney's Office (Eric Kanefsky, Esq., Assistant United States Attorney) having consented to this Application; and for good cause shown;

IT IS, therefore, on this __13__ day of ~~February~~ March, 2012,

**ORDERED** that the Application of Defendant, Luis Reyes, for a Voluntary Dismissal of the appeal pursuant to Federal Rule of Appellate Procedure 42(a) is hereby granted; and

**IT IS FURTHER ORDERED** that the Appeal of Luis Reyes is hereby dismissed.

~~HONORABLE~~ WILLIAM H. WALLS,
U.S.D.J.