**MACK & GIL, LLC**

Attorneys-At-Law

A Limited Liability Company

ANTHONY C. MACK*+
KELVIN R. GIL*
* NJ AND NY BARS
+ Admitted to US Supreme Court

60 PARK PLACE
SUITE 1104
NEWARK, NJ 07102
(973) 624-7800
FAX (973) 624-5005

NEW YORK OFFICE

20 VESEY STREET, SUITE 503
NEW YORK, NY 10007

REPLY TO NJ OFFICE

March 23, 2012

**via email @ loretta.minott@njd.uscourts.gov**
U.S. District Court- New Jersey
50 Walnut Street
Newark, NJ 07102

Attn.: Hon. William Walls, S.U.S.D.J.

                Re.: Kelvin Jones
                Docket No.: 10-cr-366
                USCA# 11-3542

Dear Judge Walls:

    Please be advised that this office was appointed by your Honor to represent Kelvin Jones, on March 14, 2012, in his appeal listed above.

    On March 22, 2012, I filed an appearance with the Third Circuit and was contacted by Mr. Jones' attorney, Marc Fernich, who is retained and was curious as to why I filed an appearance on behalf of his client. Apparently, he has been retained since January 2012.

    Thus, I will be withdrawing my appearance as he has retained counsel. I thank you for considering me for this matter and hope you will keep me in mind for any future appointments.

    Please call with questions and/or concerns.

                                      Respectfully,

                                      Anthony C. Mack, Esq.

*So Ordered*
4/2/2012

ACM/jjr